IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHEO RIVERA,  §<br>　　TDCJ-CID NO.855199,  §<br>　　　Plaintiff,  § | |
| v.  § | CIVIL ACTION NO. H-06-2564 |
| 　　§ | |
| DOUGLAS DRETKE, *et al.*,  §<br>　　　Defendants.  § | |

ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on this 7th day of December, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE